IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:07CR429 |
| v. | ) | |
| HAWKINS CONSTRUCTION COMPANY, INC., | ) | ORDER ON JUDGMENT AND CONVICTION |
| Defendant. | ) | |

On the 18th day of December, 2007, Hawkins Construction Company, Inc. appeared before the Court in response to the Information charging a violation of Title 33, United States Code, Section 407, that is, depositing refuse matter into a navigable water of the United States in excess of a permit issued by the Army Corps of Engineers. The United States was represented by Assistant United States Attorney Michael P. Norris. Hawkins Construction Company, Inc. was represented by its President, Kim Hawkins, and its counsel, Stephen L. Hill, Jr. and Thomas Wilmoth.

The Court received the minutes of the corporation authorizing Hawkins Construction Company, Inc. to enter a plea. After arraignment on the criminal Information, Hawkins Construction Company, Inc. entered a plea of guilty to the Information. The Court accepted the plea and plea agreement. The Court, with no objection from either party, proceeded to sentencing.

IT IS HEREBY ORDERED that Hawkins Construction Company, Inc. is fined Twenty-Five Thousand Dollars ($25,000.00).  A special assessment of $125.00 is also imposed.  The fine and special assessment are due and payable immediately.  No probationary period is imposed.

DATED this 2nd day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court